IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BAHRI BEGOLLI,

    Plaintiff,

v.

THE HOME DEPOT and
MATT SPENCER,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-380-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing plaintiff's claim against Matt Spencer; and

    (2) dismissing this case for plaintiff's failure to file a timely complaint of discrimination, as required by 42 U.S.C. § 2000e-5(e)(1).

_Peter Oppeneer_       _3/13/2012_
Peter Oppeneer, Clerk of Court      Date