APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

FORM 1.
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

---

A. B., *BAHRI BEGOLLI*

Plaintiff(s),

File Number *11-cv-380-bbc*

Notice of Appeal

v.

C.D., *HOME DEPOT*

Defendant(s)

---

Notice is hereby given that (here name all parties taking the appeal) (plaintiffs) (defendants) in the above named case, * hereby appeal to the United States Court of Appeals for the _____ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the *10* day of *APRIL*, *2012*

(s) *B Begolli*
Attorney for _____
Address: _____

* See Rule 3(c) for permissible ways of identifying appellants.

File for discrimination will remain unchanged and would be provided upon your response in my appeal.

With respect

Bahri Begolli            *[signature]*  04.10.2012

If my appeal would have a positive response from the court, I have to other requests:

1. The trial is to be processed by the jury members!
2. The assigned judge for the case, this time, must be male!

Attached to this document are:

1. My first letter to the judge Crabb
2. The judges Crabb response
3. My second letter to the judge Crabb
4. The judges Crabb second response
5. The courts dismissing decision

11