IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BAHRI BEGOLLI,

                Plaintiff,                ORDER

   v.

                                                             11-cv-380-bbc

THE HOME DEPOT,

                Defendant.

---

On August 30, 2013, the court held a telephonic hearing on plaintiff's motion to quash third party subpoenas (dkt. 71), defendant's motion to compel discovery (dkt 76) and defendant's motion to amend the schedule (dkt. 84). Plaintiff Bahri Begolli represented himself at the hearing. Defendant was represented by Attorneys Barbara Jean D'Aquila and Margaret Blinn Rudolph.

Having first read the parties' submissions and after extensive discussion with both sides, the court made the following rulings, the bases for which were provided during the hearing:

1. Plaintiff's motion to quash third party subpoenas (dkt. 71) is DENIED. Plaintiff's service providers must provide the requested records information. The court is entering separate orders to this effect.

2(a) Defendant's motion to compel discovery (dkt. 76) is GRANTED, with small exceptions. Not later than **September 16, 2013,** plaintiff must provide complete responses to defendant's Interrogatories Nos. 1, 4, 6, 7 and 14, as well as Requests for Production of Documents 8, 10, 11, 14, 15 (limited to 2004 to the present), and 19.

(b) Plaintiff has the option not to provide his health records and the requested waivers, but not providing this discovery shall constitute a waiver of any claim for damages based on physical, mental or emotional injuries.

(c) Plaintiff's failure timely to comply with this order to provide discovery shall result in sanctions under Rule 37(b), which could include dismissal of his lawsuit if his failure is sufficiently willful and egregious.

(d) Defendant's request to shift costs on this motion is DENIED.

3. Defendant's motion to amend the schedule is GRANTED IN PART and DENIED IN PART. The deadline to file summary judgment motions is extended to **October 18, 2013** for both sides. Defendant's deadline to disclose expert witnesses is extended to **November 15, 2013**. The trial date of March 17, 2014 remains in place.

Entered this 30th day of August, 2013.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge