IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BAHRI BEGOLLI,

                Plaintiff,                  Case No. 11-cv-00380-bbc

vs.

THE HOME DEPOT,

                Defendant

---

### ORDER

---

The above matter came before this Court on Plaintiff Bahri Begolli's Motion to Quash Subpoenas to TDS Telecom and U.S. Cellular Corporation.

Based upon the memoranda submitted on behalf of the parties and the files, records and proceedings herein,

**IT IS HEREBY ORDERED THAT**:

1.    Plaintiffs' Motion to Quash is DENIED.

2.    TDS Telecom is hereby ordered to comply with the subpoena to produce records for (608) 829-3188 attached as Exhibit A; and

3.    U.S. Cellular Corporation is hereby ordered to comply with the subpoena to produce records for (608) 712-4633 attached as Exhibit B.

**IT IS SO ORDERED**.

Dated: SEPTEMBER 5 , 2013        BY THE COURT:

                                               Magistrate Judge Stephen L. Crocker