IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BAHRI BEGOLLI,

                                                  OPINION AND ORDER

           Plaintiff,

                                                  11-cv-380-bbc

   v.

THE HOME DEPOT,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In their brief in support of their motion for dismissal of this case, dkt. #129, counsel for defendant The Home Depot cite the transcript of the November 14, 2013 deposition of plaintiff Bahri Begolli. It does not appear from the electronic docket sheet that this transcript has been filed with the court. Defendant may have until February 3, 2014 in which to file the transcript.

      Entered this 28th day of January, 2014.

                                                  BY THE COURT:
                                                  /s/
                                                  BARBARA B. CRABB
                                                  District Judge