IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BAHARI BEGOLLI,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

v.                                              11-cv-380-bbc

THE HOME DEPOT, INC.,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant The Home Depot, Inc. dismissing this case.

| /s/ | 1/29/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |