DOC NO
REC'D/FILED

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

FORM 1

NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

---

A. B., BAHRI BEGOLLI          File Number _____
Plaintiff(s),

                                                  Notice of Appeal

v.

C. D., THE HOME DEPOT, INC.
Defendant(s)

---

Notice is hereby given that (here name all parties taking the appeal) (plaintiffs) (defendants) in the above named case, * hereby appeal to the United States Court of Appeals for the 7 CIRCUIT Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 29 day of JANUARY, 2014

                                               (s) _BBegolli_____
                                               Attorney for _____
                                               Address: _____

* See Rule 3(c) for permissible ways of identifying appellants.