DOC NO
REC'D/FILED

APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Form 1

NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

---

A. B.,  BAHRI BEGOLLI           File Number _____
       Plaintiff(s),

                                Notice of Appeal
     v.

C. D., THE HOME DEPOT. INC.
       Defendant(s)

---

Notice is hereby given that (here name all parties taking the appeal) (plaintiffs) (defendants) in the above named case, * hereby appeal to the United States Court of Appeals for the
7 CIRCUIT _____ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 29 day of JANUARY, 2014

(s) BBegolli
Attorney for (___)
Address: _____

* See Rule 3(c) for permissible ways of identifying appellants.